**Order entered January 30, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00598-CV

**MARC HEALEY, Appellant**

**V.**

**NATASHA ROMERO F/K/A/ NATASHA HALL AND ROYCE HALL, III, D/B/A NO LIMIT RETRIEVERS, Appellees**

**On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 92099CC2**

## ORDER

Before the Court is appellant's January 25, 2017 motion to extend time to file appellant's brief. We **GRANT** the motion to the extent that we **ORDER** the brief tendered to this Court by appellant on January 24, 2017 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
JUSTICE